# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **SENTENCING MINUTES** |
| **DARRIN S. MCELHATTON** | Case No. 20-CR-121 |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Time Called: 2:07 p.m. |
| Proceeding Held: May 20, 2021 | Time Concluded: 2:42 p.m. |
| Deputy Clerk: Mara | Tape: 052021 Zoom Video |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| DARRIN S. MCELHATTON via video and by: | Thomas E. Phillip |
| US PROBATION OFFICE by: | Brian Koehler |

☒ Defendant consents to appear and proceed by video conference. The Court makes findings to hold the hearing via video and specific findings to this case/defendant that further delay would seriously impair the interest of justice in this matter.

☐ The parties have no objections to the factual statements in the PSR

☒ The parties have no objections to the application of the guidelines in the PSR

☒ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☒ Defendant
Mr. Phillip objects as to paragraph 83 of the PSR regarding an allegation of a contact offense in 2006 and requests that the court strike the paragraph. No objections from the government.

☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☐ The court adopts the factual statements and guideline application as set forth in the PSR

☒ The court adopts the factual statements and guideline application with these changes: The Court grants Mr. Phillip's objection/request and orders that paragraph 83 of the PSR is stricken.

The Court GRANTS [20] Motion to Seal Sentencing Memorandum.

☒ The government presents sentencing argument: Joint recommendation of 180-month mm.

☒ The defendant presents sentencing argument: Joint recommendation of 180-month mm, to run concurrent to state sentence in Outagamie County Case 14-CF-156.

☒ Defendant exercises right of allocution.

☒ The court imposes sentence.

☒ The government dismisses count(s) 2.

☒ Defendant advised of appeal rights.

**SENTENCE IMPOSED:**

**Imprisonment:** _____168 months_____ as to Count(s) ____1____
of the  Indictment.

    Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
        TOTAL TERM OF IMPRISONMENT IMPOSED: _____ months.

☒ This term of imprisonment is to be served (☒ concurrently with or ☐ consecutively to) any state court sentence the defendant is currently serving in Outagamie County Case No. 14CF156.

**Probation:** _____ as to Count(s) _____
of the _____

**Supervised Release:** _____Life_____ as to Count(s) ____1____
of the  Indictment.
_____ as to Count(s) _____
of the _____

**MONETARY PENALTIES**

**Special Assessment:** $ 100.00  due immediately

**Fine:** $ _____ ☒ fine waived

**Restitution:** $ _____ ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The court recommends the defendant's placement at a facility nearest to his home as possible.
☒ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☒ Other:  The defendant participates in any sex offender treatment that may be provided.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes: